IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH WALLS, | § | |
| | § | |
| Plaintiff Below, | § | No. 214, 2019 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| BRUCE BURTON and | § | C.A. No. N16A-10-012 |
| KOLAWOLE AKINBAYO, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |
| | § | |

Submitted: July 22, 2019
Decided: July 26, 2019

**O R D E R**

After the appellant, Joseph Walls, filed this appeal, he filed a motion to proceed *in forma pauperis*. This Court denied that motion on June 5, 2019, under 10 *Del. C.* § 8804(f). The Court ordered that if Walls did not pay the filing fee on or before June 20, 2019, the appeal would be dismissed without further notice. On June 18, 2019, this Court granted a request by Walls for an extension of time to pay the filing fee. The Court ordered that if Walls did not pay the filing fee by July 20, 2019, the appeal would be dismissed without further notice. Walls did not pay the filing fee by July 20, 2019.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 3(b)(2), that the appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice